**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MARVIN D. LANCASTER,**
    Petitioner,

vs.                                      Case No. 3:09cv333/MCR/MD

**WALTER MCNEIL,**
    Respondent.

---

**O R D E R**

This cause is before the court upon petitioner filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1). Petitioner is currently incarcerated at Okaloosa Correctional Institution in Crestview, Florida. He challenges his 1973 criminal conviction entered by the Circuit Court of Hillsborough County, Florida, as well as his 1980 conviction entered by the Circuit Court of Polk County, Florida. Pursuant to 28 U.S.C. § 2241(d), the court considers it to be in the interest of justice to transfer this case to the United States District Court for the Middle District of Florida, which is the district within which the state courts were held which convicted and sentenced petitioner.

Accordingly, it is therefore ORDERED:

The clerk shall transfer this case to the United States District Court for the Middle District of Florida.

DONE AND ORDERED this 14th day of August, 2009.

                                                   /s/ *Miles Davis*
                                                   **MILES DAVIS
                                                   UNITED STATES MAGISTRATE JUDGE**